1    **WO**

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                           FOR THE DISTRICT OF ARIZONA

8

9    Diana L. Garcia,                          )    No. 05-1279-PHX-ROS
                                                )
10           Plaintiff,                         )    **OPINION AND ORDER**
                                                )
11   vs.                                        )
                                                )
12                                              )
     Salt   River   Project   Agricultural)
13   Improvement  and  Power  District,  a)
     political  subdivision  of  the  State  of)
14   Arizona, and International Brotherhood of)
     Electrical Workers Local Union 266, John)
15   Does  I-V  and  Jane  Does  I-V;  Black)
     Corporations I-III and White Partnerships)
16   I-III,                                     )
                                                )
17           Defendants.                        )
                                                )
18   _____)

19

20           On April 24, 2006, Defendant SRP filed a Motion for Relief Due to Plaintiff's Failure

21   to Disclose Experts.  (Doc. 30)  The Rule 16 Scheduling Order entered in this case provides

22                   Parties are directed to Local Rule of Civil Procedure (LRCiv)
                     7.2(j), which prohibits filing discovery motions unless parties
23                   have first met to resolve any discovery difficulties. If the parties
                     cannot reach a resolution, they are directed to jointly arrange
24                   with the Court a conference call to resolve the matter orally in
                     court *in lieu of filing a formal motion.*
25
     (Doc. 16) (Emphasis added.)  Defendant SRP did not comply with these directions.  Thus,
26
     its motion will be denied.
27
             Accordingly,
28

1      **IT IS ORDERED** Defendant SRP's Motion for Relief Due to Plaintiff's Failure to

2    Disclose Experts (Doc. 30) is **DENIED**.

3

4          DATED June 8, 2006.

5

6

7          Roslyn O. Silver
           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -